BTXN 140 (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| WALL016 LLC | § | Case No.: 20−31138−bjh7 |
| | § | Chapter No.: 7 |
| Debtor(s) | § | |

# SUMMONS TO DEBTOR IN AN INVOLUNTARY CASE

A petition under Title 11, United States Code was filed against you on April 8, 2020 in this Bankruptcy Court, requesting an order for relief under 7 of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court, a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of Clerk:
United States Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242

At the same time, you must also serve a copy of the motion or answer on the petitioner's attorney.

Attorney's Address:
Stephen M. Packman, Esp.
Archer & Greiner, P.C.
Three Logan Square
Suite 3500
1717 Arch Street
Philadelphia, PA 19103

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

DATED: 4/10/20

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/D. Harden, Deputy Clerk

In Re: WALL016 LLC
Case No. 20−31138−bjh7

# CERTIFICATE OF SERVICE

I,______________________________________________________________________________

of**_____________________________________________________________________________

certify:

That I am, and at all times hereinafter mentioned was, more that 18 years of age;

That on the __________ day of _____________________________________,_______ I served a copy of the within summons, together with the complaint filed in this proceeding, on

the alleged debtor in this case, by *{describe here the mode of service}*

the said alleged debtor at

Under penalty of perjury, I declare that the foregoing is true and correct.

________________________ ________________________________

*(Date)* *(Signature)*

Print Name: ______________________________________________________

Business Address: __________________________________________________

City: ___________________________ State: ________ Zip:__________

**______________________________________________________________________
*State mailing address*