**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31131 (HDH) |
| In re:<br><br>WALL009 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31133 (SGJ) |
| In re:<br><br>WALL010 LLC,<br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31134 (BJH) |
| In re:<br><br>WALL011 LLC,<br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31135 (SGJ) |
| In re:<br><br>WALL012 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31136 (HDH) |

| | |
|---|---|
| In re:<br><br>WALL016 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31138 (BJH) |
| In re:<br><br>WALL017 LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 20-31139 (HDH) |

**CERTIFICATE OF SERVICE**

I, Jiangang Ou, hereby certify that on May 4, 2020, I caused to be served copies of the *Order Directing Joint Administration of Debtors' Chapter 7 Cases* to all parties on the attached service lists via U.S. First Class Mail.

Dated: May 4, 2020

/s/ *Jiangang Ou*
Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
(832) 767-0339
Fax : (832) 767-0669
Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
215-246-3147
Email: spackman@archerlaw.com

*Counsel for the Petitioning Creditors*

**SERVICE LIST**

**WALL007 LLC**
13901 Midway Rd., Ste. 102
Dallas, TX 75244
DALLAS-TX

**WALL009 LLC**
13901 Midway Rd., Ste. 102
Dallas, TX 75244

**WALL010 LLC**
13901 Midway Rd., Ste. 102
Dallas, TX 75244
DALLAS-TX

**WALL011 LLC**
13901 Midway Rd., Ste. 102
Dallas, TX 75244

**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202

**WALL012 LLC**
13901 Midway Rd., Ste. 102
Dallas, TX 75244

**WALL016 LLC**
13901 Midway Rd., Ste. 102
Dallas, TX 75244

**WALL017 LLC**
13901 Midway Rd., Ste. 102
Dallas, TX 75244