Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for WALL016 LLC, Alleged Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL016 LLC,** | § | **CASE NO. 20-31138-HDH** |
| | § | |
| **Alleged Debtor.** | § | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PLEADINGS**

Joyce W. Lindauer on behalf of WALL016 LLC, the Alleged Debtor in the above-entitled and numbered case, respectfully requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this matter, be given to and served upon the undersigned at the said address.

Dated: May 6, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for WALL016 LLC,
Alleged Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer